```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 05431
   ANTHONY T GARY
                                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4608


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 03/07/2008 and was not confirmed.

     The case was dismissed without confirmation 06/26/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
---------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED         .00          .00
HOLLYWOOD VIDEO            UNSECURED       NOT FILED         .00          .00
HOLLYWOOD VIDEO            UNSECURED       NOT FILED         .00          .00
SPRINT                     UNSECURED       NOT FILED         .00          .00
DIRECTV                    UNSECURED       NOT FILED         .00          .00
UNION AUTO SALES           UNSECURED       NOT FILED         .00          .00
SOUTH SHORE EMERGENCY PH   UNSECURED       NOT FILED         .00          .00
SOUTH SHORE EMERGENCY PH   UNSECURED       NOT FILED         .00          .00
SOUTH SHORE EMERGENCY PH   UNSECURED       NOT FILED         .00          .00
SOUTH SHORE EMERGENCY PH   UNSECURED       NOT FILED         .00          .00
INTEGRA REAL ESTATE        NOTICE ONLY     NOT FILED         .00          .00
IL STATE DISBURSEMENT UN   DSO ARREARS      8602.00          .00          .00
IL STATE DISBURSEMENT UN   UNSECURED       NOT FILED         .00          .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED         .00          .00
IL STATE DISBURSEMENT UN   UNSECURED       NOT FILED         .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        407.51           .00          .00
ASSET ACCEPTANCE CORP      UNSECURED        323.52           .00          .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      2.00           .00         2.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      200.00                     182.00
TOM VAUGHN                 TRUSTEE                                      16.00
DEBTOR REFUND              REFUND                                         .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  200.00

PRIORITY                                       2.00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                               182.00
TRUSTEE COMPENSATION                          16.00
DEBTOR REFUND                                   .00
                       ---------------  ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05431 ANTHONY T GARY
```

| | | |
|---|---|---|
| TOTALS | 200.00 | 200.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/25/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |